# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-3868

_____

Magdi Hafez,                                   *
                                               *
            Appellant,                         *
                                               *
      v.                                       *    Appeal from the United States
                                               *    District Court for the
Metropolitan Airports Commission;              *    District of Minnesota.
Airport Police,                                *
                                               *       [UNPUBLISHED]
            Appellees.                         *

_____

Submitted: July 24, 2001
Filed: August 16, 2001

_____

Before HANSEN, FAGG, and BEAM, Circuit Judges.

_____

PER CURIAM.

Magdi Hafez appeals the district court's[1] grant of defendants' motion for summary judgment, and its denial of his motion for reconsideration. Having carefully reviewed the former de novo and the latter for abuse of discretion, we affirm the judgment of the district court. See 8th Cir. R. 47B. We grant appellees' motion to exclude Hafez's exhibits which were not presented to the district court.

_____

[1]The Honorable Donovan W. Frank, United States District Judge for the District of Minnesota.

A true copy.

Attest:

       CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.